## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERIN HAIGHT,**<br>individually and on behalf of herself<br>and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>**SHARP ELECTRONICS<br>CORPORATION**,<br><br>　　　Defendant. | Case No.: 3:19-cv-00371-MAD-DEP |

### NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Erin Haight, by her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

June 17, 2019

s/ Rachel Soffin
Rachel Soffin  (Bar Roll #700909)
**GREG COLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049
rachel@gregcolemanlaw.com

*One of Attorneys on behalf of Plaintiff*

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated:  June 20, 2019
　　　　Albany, NY

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, a copy of the foregoing NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(i) was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Rachel Soffin
Rachel Soffin